FILED

2022 FEB 23 PM 2:36

DISTRICT COURT
OF FLORIDA
ORLANDO, FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.   Case No.   6:22-cr-25-WWB-EJK
     26 U.S.C. § 7206(1)

JOHN ONI

### INDICTMENT

The Grand Jury charges:

### COUNTS ONE THROUGH THREE
**(Filing a False Individual Income Tax Return)**

On or about the dates listed below, in the Middle District of Florida, the defendant,

JOHN ONI

did willfully make and subscribe the U.S. Individual Income Tax Returns, Forms 1040, as listed below, each of which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. Each of those returns, which were prepared and signed in the Middle District of Florida and were filed with the Internal Revenue Service, stated on the lines listed below that the defendant's income was reported as described below, whereas, as the defendant then and there knew, he had received additional income during each calendar year that was not reported to the IRS.

1

| Count | Date | Form | Line Number | Tax Year | Income Reported |
|---|---|---|---|---|---|
| One | 10/13/15 | 1040 | 22 | 2014 | $242,369 |
| Two | 8/25/16 | 1040 | 22 | 2015 | $184,666 |
| Three | 8/9/18 | 1040 | 22 | 2016 | $53,777 |

In violation of 26 U.S.C. § 7206(1).

## COUNTS FOUR THROUGH SIX
### (Filing a False Corporate Income Tax Return)

On or about the dates listed below, in the Middle District of Florida, the defendant,

JOHN ONI

did willfully make and subscribe the U.S. Corporate Income Tax Returns, Forms 1120S, as listed below, each of which was verified by a written declaration that it was made under the penalties of perjury and which he did not believe to be true and correct as to every material matter. Each of those returns, which were prepared and signed in the Middle District of Florida and were filed with the Internal Revenue Service, stated on the lines listed below that the defendant's income was reported as described below, whereas, as the defendant then and there knew, he had received additional income during each calendar year that was not reported to the IRS.

| Count | Date | Form | Line Number | Tax Year | Gross Receipts Reported |
|---|---|---|---|---|---|
| Four | 9/14/15 | 1120S | 1a | 2014 | $1,249,027 |
| Five | 10/3/16 | 1120S | 1a | 2015 | $1,233,835 |
| Six | 8/9/18 | 1120S | 1a | 2016 | $727,059 |

2

All in violation of 26 U.S.C. § 7206(1).

A TRUE BILL,

_____
Foreperson

ROGER HANDBERG
United States Attorney

By: _____
Dana E. Hill
Assistant United States Attorney

By: _____
Chauncey A. Bratt
Assistant United States Attorney
Deputy Chief, Orlando Division

FORM OBD-34
February 22

No.

# UNITED STATES DISTRICT COURT
Middle District of Florida
Orlando Division

THE UNITED STATES OF AMERICA

vs.

JOHN ONI

## INDICTMENT

Violations: 26 U.S.C. § 7206(1)

A true bill,

_____
Foreperson

Filed in open court this 23rd day of February, 2022.

_____
Clerk

Bail $_____